FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Dickerson    #13720
(Last Name)   (Identification Number)

Joe
(First Name)   (Middle Name)

George County Regional Correctional Facility
(Institution)

154 Industrial Park Rd., Lucedale, MS. 39452
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 05 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

V.    CIVIL ACTION NUMBER: 1:20cv161 LG-RHW
(to be completed by the Court)

George County Regional Correctional Facility, Warden Bobby C. Fairley, Nurse Derrick Eubanks, Nurse Kristy Bourns, and Administrator Assistant Terry Rogers.
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)   No ( )

B. Are you presently incarcerated?
   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Joe Dickerson    Prisoner Number: #13720

Address: G.C.R.C.F.; 154 Industrial Park Road; Lucedale, Mississippi 39452

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Derrick Eubanks and Kristy Bouns Nurse — Both Those employed as Nurse at George County Regional Corr. Fac.; Bobby C. Fairley is the Warden; Terry Rogers is Administrative Asst.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Joe Dickerson

ADDRESS: G.C.R.C.F.
154 Industrial Park Rd.
Lucedale, MS. 39452

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Nurse Derrick Eubanks | G.C.R.C.F.; 154 Industrial Park Rd.; Lucedale, MS 39452 |
| Nurse Kristy Bouns | G.C.R.C.F.; 154 Industrial Park Rd.; Lucedale, MS 39452 |
| Warden Bobby C. Fairley | G.C.R.C.F.; 154 Industrial Park Rd.; Lucedale, MS 39452 |
| Admin. Asst. Terry Rogers | G.C.R.C.F.; 154 Industrial Park Rd.; Lucedale, MS 39452 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?    Yes ( )    No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

   _____

CASE NUMBER 2.
1. Parties to the action: _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

   _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary). I have several teeth that cause me grave pain. Bleeding gums, and puss in my gums from infection. The jail medical Dept. (Both nurses) named Eubanks + Bounds refuse to provide me to see any dentist. All they want to do is charge me $10.00 dollars to see them and then give me only 8-10 packets of Tylenol. Also gave me Epsom salt one time to gargle with. I have been in G.C.R.C.F. as pretrial detainee since Feb. 14, 2020 and everyday with more pain. I write grievances - but they refuse to answer them. And I asked Admin Terry Rogers about grievances, she says put in again. I have now put in over 6 times with no resolution. The warden knows about this too, as all grievances go across his desk & he must sign them too. The jail medical Dept. is purposely + deliberately ignoring the pain I'm in. My breath stinks due to my rotten teeth and infected gums. Both nurses Eubanks + Bounds refuse to schedule "Emergency Dental Exam/Appointment". I have been in jail (Pre-trial) on bail since Feb. 14, 2020 and in pain and bleeding gums since that day, only Tylenol + refuses to provide pain relief or Tylenol every day or relief. Cannot properly chew my food and losing weight too. Denied dental care or emergency dental care.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. (1.) Compensatory damages for $250,000.00 dollars (2.) Jury Trial (3.) I want to see a dentist ASAP, Please I am in pain. (4.) Jail to start providing dental care for all individuals who also have chronic dental needs. (5.) Classes + Education for both nurses and future medical staff of care to be provided to county pretrial detainees for dentist. (6.) No co-pays of ten dollars for pretrial detainees. (7.) Medical evaluation for all pretrial detainees to properly assess dental needs.

Signed this _4_ day of _May_, 20_20_.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_J. Wickerson_
Signature of plaintiff