> AFTER REVIEWING THE CORRESPONDENCE FROM THIS COURT, IF YOU WISH TO CONTINUE WITH YOUR LAWSUIT, YOU SHOULD SIGN THIS ACKNOWLEDGMENT AND RETURN IT TO THE CLERK OF COURT WITHIN THIRTY DAYS.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
____SOUTHERN____ DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 15 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

JOE DICKERSON, #13720                                        PLAINTIFF

VERSUS                               CIVIL ACTION NO. 1:20-cv-00161-LG-RHW

GEORGE COUNTY REGIONAL CORRECTIONAL FACILITY, et al.         DEFENDANT(S)

ACKNOWLEDGMENT OF RECEIPT and
CERTIFICATION TO BE SIGNED AND RETURNED BY THE PLAINTIFF

    I have read the above statements, and fully understand that I am obligated to pay the full filing fee, even if I do not have enough money at this time.

    I have read the above statements, and fully understand that if this lawsuit is dismissed on grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, I may be barred from filing further lawsuits or appeal a judgment of this Court, and I may lose up to **180 days** of earned "good time" credits, if I am confined within the Mississippi Department of Corrections.

    I have read the above statements, and fully understand that if the court finds this lawsuit was filed for a malicious purpose, or solely to harass the defendants, or that I testified falsely or otherwise knowingly presented false evidence or information to the court, I may lose earned "good time" credit, that has not yet vested, if I am confined in a Federal Correctional Facility.

5/11/2020                              *[signature]*
DATE                                   SIGNATURE OF PLAINTIFF

                                       Joe Dickerson
                                       NAME OF PLAINTIFF (Please Print or type)

PSP-3

5