IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOE DICKERSON, #13720                                                                                  PLAINTIFF

v.                                                                           CAUSE NO. 1:20-CV-161-LG-RHW

GEORGE COUNTY REGIONAL
CORRECTIONAL FACILITY, et al.                                                                 DEFENDANTS

### ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS DEFENDANT GEORGE COUNTY REGIONAL CORRECTIONAL FACILITY

This matter is before the Court on Plaintiff's Response [13] filed on May 22, 2020, to the Court's Order [10] entered on May 18, 2020.  Plaintiff states in his Response [13] that he wants to voluntarily dismiss Defendant George County Regional Correctional Facility.  Having reviewed the Response, the Court finds Plaintiff's request is well-taken.  Accordingly,

IT IS ORDERED that Plaintiff's request to voluntarily dismiss Defendant George County Regional Correctional Facility is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 29th day of May, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge