UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOE DICKERSON                                                                                              PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 1:20CV161-LG-RPM

BOBBY C. FAIRLEY et al                                                                                DEFENDANTS

## REPORT AND RECOMMENDATION

Plaintiff Joe Dickerson, proceeding *pro se* and *in forma pauperis*, filed on May 5, 2020, a 42 U.S.C. § 1983 prisoner civil rights complaint alleging denial of medical care for issues related to his teeth and gums. Doc. [1] [12] [13]. By order of March 2, 2021 and pursuant to the provisions of 28 U.S.C. § 1915, the undersigned set this matter for a screening hearing to be conducted on April 7, 2021. Doc. [31]. The order setting the matter for hearing and a notice of the hearing were mailed to Plaintiff at his address of record, which is located at the George County Correctional Facility. The order and notice were later returned as "undeliverable". Doc. [33]. A prior order (Doc. [29]) entered by the Court on February 19, 2021 also was returned as "undeliverable". Doc. [30]. On multiple occasions, Plaintiff has been cautioned that it is his responsibility to maintain a current address with the Court and that failure to do so may result in dismissal of his lawsuit. Doc. [3] [4] [9] [10] [16]. Based on the returned mail, the Court finds Plaintiff has not submitted a change of address with the Court; therefore, he has failed to advise of his current address as directed by the Court. Nor has he communicated with the Court in any other manner. In fact, Plaintiff has not filed any pleading with the Court since May 22, 2020. *See* Doc. [13].

On April 7, 2021, the Court came to order at the appointed time and announced Plaintiff's case. Plaintiff's name was called in the courtroom three times without response. The

Courtroom Deputy then went into the hallway to call Plaintiff's name three times as well but received no response. The Courtroom Deputy also contacted court security personnel to ask whether Plaintiff had passed through the security checkpoint at the Courthouse. According to Court security, he had not entered the building. Counsel for Defendant appeared for the hearing and informed the Court he had received notice that Plaintiff is no longer incarcerated, having been released on bond on August 17, 2020. Based on Plaintiff's failure to maintain a current address and his failure to appear at the hearing, the Court finds Plaintiff no longer demonstrates interest in prosecuting his claims.

## **RECOMMENDATION**

Based on the foregoing, the undersigned recommends that Plaintiff Joe Dickerson's 42 U.S.C. § 1983 civil rights complaint be dismissed without prejudice for failure to prosecute.

## **NOTICE OF RIGHT TO APPEAL/OBJECT**

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from

2

attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 8th day of April 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE